IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00748-LTB-OES

JUSTICE FOR ALL – STUDENTS FOR BIO-ETHICAL EQUALITY,
a registered student group at University of Colorado at Boulder, and
PAUL LEWER, an individual,

Plaintiff(s),

vs.

PHILIP DISTEFANO, in his official capacity as Interim Chancellor and Provost and Executive Vice Chancellor for Academic Affairs of the University of Colorado at Boulder, et al.,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: September 8, 2005

   Defendants' Unopposed Motion to Vacate Scheduling Conference [filed September 7, 2005, Document 9-1] is GRANTED. The scheduling conference of September 19, 2005, is hereby VACATED. Counsel are directed to submit settlement/dismissal documents to the Court on or before September 30, 2005.