**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00748-LTB-OES

JUSTICE FOR ALL - STUDENTS FOR BIO-ETHICAL EQUALITY, a registered student group at University of Colorado at Boulder, and
PAUL LEWER, an individual,
      Plaintiffs,

v.

PHILIP DISTEFANO, in his official capacity as Interim Chancellor and Provost and Executive Vice Chancellor for Academic Affairs of the University of Colorado at Boulder,
CATHERINE HICKS, in her individual and official capacity as Assistant Scheduling Manager, University Memorial Center, University of Colorado at Boulder, and
CARLOS GARCIA, in his individual and official capacity as Director, University Memorial Center, University of Colorado at Boulder,
      Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (filed September 30, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED: October 3, 2005